**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:09CR7**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **MICHAEL JAMES BOLOGNA,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant

**MICHAEL JAMES BOLOGNA** in the above-captioned case *without prejudice*.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshals Service and the United States Attorney's Office.

Signed: February 23, 2009

Richard L. Voorhees
United States District Judge